# Exhibit A



KOHN LAW FIRM S.C.
ATTORNEYS AT LAW
735 N. WATER ST., SUITE 1300, MILWAUKEE, WI 53202-4106
414-276-0435 • 800-451-1791 • FAX: 414-271-6046
EMAIL: KLF@KOHNLAW.COM

December 3, 2019

STEVEN P KRINSKY
8404 CENTRAL PARK AVE
SKOKIE IL 60076

Re: Current Creditor to Whom the Debt is Owed: UNIFUND CCR, LLC
Original Creditor: CAPITAL ONE BANK (USA), N.A.
Original Creditor Address: 4851 Cox Road , Glen Allen, VA 23060
Debtor: STEVEN P KRINSKY
Our File Number: ▮▮▮▮▮▮▮
Balance Due as of December 3, 2019: $35,257.03

Dear STEVEN P KRINSKY:

This firm has been retained to collect the above-referenced debt. If this debt is not paid in full or otherwise resolved, our client may consider additional remedies to recover the balance due. If you would like to discuss this matter, we can be reached by phone at (414) 276-0435 Monday through Thursday from 8:00 a.m. to 7:00 p.m. (CT) and Friday from 8:00 a.m. to 6:00 p.m. (CT).

To pay in full, please forward the amount stated above, using either the pre-addressed envelope enclosed or our website, www.kohnlaw.com.

Sincerely,
KOHN LAW FIRM S.C.

BY: SADE B. OJEDIRAN
Attorney at Law

NOTICE: This letter communication is from a debt collector. We are attempting to collect a debt. Any information obtained will be used for that purpose. Under the Fair Debt Collection Practices Act, unless you dispute the validity of this debt, or any portion thereof, within thirty days of receiving this notice, we will assume that this debt is valid. If you notify us in writing within the thirty-day period that this debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the judgment (if any), and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.